FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZACHERY PERNELL HICKS
    (Plaintiff0 et,al
        VS.

CASE #

8:21 cr 1505 WFJ-TGW

BOARD OF COUNTY COMMISSION
    (Defendant) et,al

## COMPLAINT / AFFIDAVIT

COMES NOW, (PLAINTIFF) ZACHERY PERNELL HICKS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURES,MIDDLE DISTRICT RULES,AND CONSTITUTION AND LOCAL STATE LAW, FEDERAL LAW STATUE,RULES ,PROCEDURES AND POLICY FILES THIS COMPLAINT / AFFIDAVIT AGAINST THE (DEFENDANTS) BOARD OF COUNTY COMMISSION HILLSBOROUGH COUNTY PUBLIC WORKS. THAT JURISDICTION ARISES UNDER TITLE VII OF THE CIVIL RIGHTS ACTS OF 1964, 42 U.S.C. SECT.2000e, et.seg.EQUAL EMPLOYMENT OPPORTUNITIES; 29 U.S.C. 201,THE FAIR LABOR STANDARDS ACT . 42 U.S.C.SEC.1981 EQUAL RIGHTS UNDER THE LAW AND THE CONSTITUTION.

(1) 1.THAT PLAINTIFF FILED ON OCTOBER25,2019 CHARGE # 511-2019-03848,AND A SECOND CHARGE OF RETALIATION ON FEBRUARY 20, 2020. CHARGE# 511-2020-01494 WITH THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSIONON A CHARGE OF UNLAWFUL EMPLOYMENT DISCRIMINATION (RACE- BLACK -AFRICAN AMERICAN),RETALIATION AGAINST (HILLSBOROUGH COUNTY PUBLIC WORKS). 2 PLAINTIFF WAS GIVEN A **NOTICE OF RIGHT TO SUE**. BY THE (E.E.O.C.) ON MARCH 31,2020. AND STATE AS FOLLOWS

(2). 1. THAT (PLAINTIFF ZACHERY PERNELL HICKS IS NOW HOMELESS) A 53 YRS. OLD. RACE (BLACK AFRICAN AMERICAN MALE) PHONE #( 813) 802-5201 P.O. BOX 1794 RIVERVIEW FLA, 33568 AND IS A RESIDENT OF HILLSBOROUGH COUNTY, FLA 33568.

(3). 1.THAT THE ( DEFENDANT) BOARD OF COUNTY COMMISSION HILLSBOROUGH COUNTY PUBLIC WORKS IS A PUBLIC SECTOR COMPANY DOING BUSINESS IN HILLSBOROUGH COUNTY.2. THAT B.OC.C. HAVE A

1



STRICT POLICY PROHIBITS ANY TYPE OF DISCRIMATION IN THE WORKPLACE WITH THE COLLECTIVE BARGAING AND AGREEMENT WITH AFSCME LOCAL UNION 167 CUSTOM, POLICY,PRACTICE, PROCEDURES ALONG WITH THE ADMNISTRATION POLICY IS ZERO TOLERANCE FOR ALL EMPLOYEES,PLAINTIFF MUST FOLLOW AND IF NOT IT COULD LEAD UP TO DISCIPLINE AND OR TERMINATION OF EMPLOYMENT.

(4).1.THAT PLAINTIFF WORKED FOR THE DEFENDANTS BACK IN 2000 ON A JAIL WORK RELEASE PROGRAM. 2.THAT PLAINTIFF WAS UNLAWFUL DETAINED ON A (UNLAWFUL CHILD SUPPORT FRAUDULENT ORDER FOR A CHILD SUPPORT DEBT BACK IN 2000 - PRESENT).3.THAT WAS AGAINST PLAINTIFF WILL AND VIOLATION HIS RIGHTS UNDER THE CONSTITUTION FOURTH,FIFTH,EIGHTH AMENDMENT.4. THAT PLAINTIFF WAS REHIRED BACK AS ADVANCED TRANSPORTATION WORKER BACK IN ON JUNE OF 2016 BY UNIT MANAGER DONNIE HAYES W/M PLAINTIFF COMPLETED HIS SIX MONTHS PROBATION WHICH IS REQUIRED FOR ANY POSITIONS.5.THAT PLAINTIFF APPLIED FOR NEXT QUALIFIED POSITION SENIOR TRANSPORTATION WORKER. PLAINTIFF COMPLETED SIX MONTHS PROBATION PERFORMED HIS JOB WITH ENTHUSIASM WAS GIVEN A RAISE ,GOOD PERFORMANCE REVIEW AND WORKED PLENTY OF OVERTIME AND WAS QUALIFIED TO BE PLACED ON CALL AS THE CALL OUT AND STAND BY PERSON BY SECTION MANGER DONNIE HAYES W/M.

(5) 1.THAT ON 2018 UNIT MANGER DEBBIE HUNT W/F AND COHORTS CONSPIRED,WITH MALICE AND WILLFUL WITH TONYA BRYANT B/F TO UNLAWFUL, HARASS,INTIMIDATE, DEPRIVE,HINDERING PLAINTIIFF OF HIS RIGHTS IN THE WORK PLACE.2.THAT PLAINTIFF HAD OPPOSED THE UNLAWFUL DISCRIMINATION IN THE WORK PLACE AND SPOKE UP ABOUT HIS RIGHTS AND ABOUT OTHER SUPERVISOR'S/ COWORKERS NOT FOLLING AND BREAKING THE COUNTY RULES .3.THAT ON JANUARY 30, 2019 DEBBIE HUNT,UNION PRESIDENT F.O'NEIL MY SUPERVISOR'S STEVE STIDHAM W/M, BRANDY MCGRAW W/M. WITH PLAINTIFF.4.PLAINTIFF TOOK HIS CONCERNS TO DONNIE HAYES W/M ON 2019 HOW PLAINTIFF IS BEING HARASSED, SUBJECTED TO HEIGHTENED SCRUTINY, GIVING POOR EVALUATIONS, UNFAIRLY DISCIPLINED, DENIED A PAY RAISE/UNPAID OVERTIME WITH MY HOURS FLUCTUATING,F.M.L.A. FAILURE TO TRAIN , WHY PLAINTIFF WAS PUT ON A 90 DAYS SPECIAL PROBATION, REMOVED OFF CALL-OUT/STAND- BY.5.THAT D.HUNT REPLACED A (UNQUALIFIED SHAWN ICENOGLE W/M ) IN PLAINTIFF POSTION.6,THAT DONNIE HAYES W/M TOOK NO ACTION.7.THAT PLAINTIFF TOOK COCERNS TO H.R LUE RUIZ, HEATHER RUSSEL VIOLATED MY DUE PROCESS RIGHT BY NOT

BEING FAIR WAS BIAS TOWARD PLAINTIFF AND FAILED TO GIVE A FAIR INVESTIGATION THAT SHE SCHEMED WITH JUAN OLIVAI TO WRITE PLAINTIFF UP FOR SOMETHING SO TRIVIAL OVER THE FRONTLOADER PLAINTIFFT WAS DRIVING .

## SEGREGATION

(6).1.THAT ON JULY 12, 2019 UNIT MANGER DEBBIE HUNT UNLAWFUL DISCRIMINATED AGAINST PLAINTIFF BY ISOLATING, SEGREGATED AND DENYING PLAINTIFF PRESENCE. 42 U.S.C. 2000a-1 REMOVED PLAINTIFF FROM ASSIGNED CREW AS STW / AND REMOVED HIM OFF CALL-OUT,STAND- BY PERSON.2.THAT DEBBIE HUNT DEPRIVE PLAINTIFF FROM HIS POSTION THAT HE WAS ASSIGNED ALONE TO LESSER AND MEANLES JOBS AROUND THE YARD UNDER JUAN OLIVIE AND FORCED TO UNSAFE-WORK ACTS.3.THAT ALSO ON SAME DAY OF JULY 12, 2019 DEBBIE HUNT WROTE A WORKPLACE VIOLENCE ON ZACHERY P. HICKS, THAT DEBBIE HUNT INTIMIDATION,COERCION,FORCE SEVERAL EMPLOYEES CLIFF HURLEY W/M ,BRENDAN EVERETT B/M, MICHAEL FONTANA W/M ,ISAIAH WILSON B/M, HARRIS TO WRITE FALSE AND MISLEADING STATEMENTS ON PLAINTIFF KNOWINGLY ITS NOT TRUE.4.THAT STATE PLAINTIFF BE BELITTLING HIS CO WORKERS,DRIVING FAST UP ON CARS /BLOWING THE TRUCK HORN , AND YELL OUT THE COMPANY TRUCK AT FEMALE CITIZENS STATING ( SHOW ME THE PUSSY OR GET YOUR HAND OUT YOUR PUSSY AND SHOW ME THE TITS.5.THAT MANAGERS/SUPERVISOR / EMPLOYEES PROMOTED EMPLOYERS DISCRIMINATION POLICIES TO EXCLUDE QUALIFIED PLAINTIFF RACE (BLACK) AFRICA AMERICAN AND OTHERS QUALIFIED BLACKS( CHUCK SINGATARY,MARCUS MCCALL,WATT HARRISON FROM MEANFUL POSITIONS.6.THAT MOST TOP POSITIONS IS FILLED BY UNQUALIFIED (WHITES JOE DODGE,MARK CALL,LEE MAREAN,DOUGLAS REED)THATS NOT IN (PLAINTIF) 0R OTHER QUALIFIED BLACKS CLASS. THATS DEFENDANT PRETEXT OF PLAINTIFF LACKLUSTER PERFORMANCE.

## FAIR LABOR STANDARD ACT

(7).1.THAT PLAINTIFF WORKED IN EXCESS OF 50 HOURS PER WEEK FOR HILLSBOROUGH COUNTY PUBLIC WORKS.AVERAGE 10 OR 24 MORE HOURS A DAY FOR THE DEFENDANT. 2.THAT WHEN PLAINTIFF WAS ON CALL-OUT, STAND-BY PLAINTIFF WAS NOT PAID TIME 1/2 HALF OF HIS PAY BY F.L.S.A., THAT THE DEFENDANT IS IN VIOLATION OF 29 U.S.C.207 FEDERAL

LAW.3.THAT OTHER SIMILARLY SITUATED WHITE /MALES NOT IN PLAINTIFF CLASS WAS PAID.

## DEPRIVATION

(8).1.THAT MY EMPLOYER DEPRIVED ME OF MY PROPERTY BY A UNLAWFUL FRAUD COURT ORDER FOR CHILD SUPPORT/ GARNISHMENT FOR ARREARAGES 42 U.S.C. 666 WITHHOLDING ORDER FOR CHILD SUPPORT /ARREARAGES WHICH IS FRAUDULENT AND TAKING MORE WAGES THAN THE LAW ALLOWS UNDER THE FAIR DEBT COLLECTION PRACTICE ACT 15 U.S.C. 1697 WHICH IS NOT A COURT ORDER IN PLAINTIFF CASE #2000DR007460,2000DR007756,2001DR0005067 FOR CHILD SUPPORT THAT MY CHILDREN'S HAVE EMANCIPATION AND THIS UNLAWFUL GARNISHMENT TAKES 50% MY UNEMPLOYMENT CHECK AND PLAINTIFF WHOLE TAX CHECK .2.THAT PLAINTIFF NEVER CONSENT TO NO PLAIN AND EVERYTHING INVOLUNTARY FORCE UPON WILL OF PLAINTIFF.3.THAT B.O.C.C. GARNISHMENT OF PLAINTIFF WAGES ARE IN VIOLATION OF 15 U.S.C. 1673 (C).4.THAT DEBBIE INTIMIDATE EMPLOYEES,SUPERVISOR(JUDY HARE,DONNA TRESSLER AND OTHERS TO LIMITED NUMBERS OF PLAINTIFF WORK HOURS REPORTED HOURS TO H.R. 5.THAT EMPLOYER HAVE INADEQUATE FALSIFIED RECORDS OF REPORTED HOURS TO H.R., I.R.S. ON PLAINTIFF.6. THATS CHILD SUPPORT NOT IN COMPLIANCE OF THE FED LAW OF CHILD SUPPORT ,FEDERAL LAW,STATE LAW THAT HAVE VIOLATATED MY RIGHTS UNDER THE CONSTITUTIONTH FOURTH,FIFTH,SIXTH,EIGHTH AMENDMENT.

## DISPARATE TREATMENT

(9).1.THAT PLAINTIFF IS A MEMBER OF A PROTECTED CLASS ( BLACK) AFRICAN-AMERICAN. 2 THAT PLAINTIFIFF WAS QUALIFIED FOR AN AVAILABLE POSITION.3 THAT PLAINTIFF WAS REJECTED BECAUSE OF HIS RACE BLACK AFRICAN AMERICAN.4 THAT DEFENDANT REPRESENTATIVE,AGENT WILLFUL SCHEMED AND FILLED THE POSITION WITH A PERSON OUTSIDE PLAINTIFF PROTECTED CLASS. 5.THAT PLAINTIFF PREFORMED HIS JOB WELL AS CAN BE EXCEPTED FOR HIS EMPLOYER.

## HOSTILES WORK ENVIRONMENT

1.THAT PLAINTIFF IS A MEMBER OF A PROTECTED CLASS RACE BLACK AFRICAN AMERICAN.2. THAT ON SEPTEMBER 10,2019 PLAINTIFF WAS

SUBJECTED TO UNWELCOME TOUCH OR STRIKE OF INTENTIONALLY PHYSICALLY ASSAULT AND HARASSMENT AGAINST HIS WILL WHEN DEBBIE HUNT WITHOUT CARE GRAB PLAINTIFF RIGHT SHOULDER WITH FORCE FROM BEHIND WHEN PLAINTIFF WAS TALKING WITH MICHEAL MILTON B/M AND SHE STATED THAT PLAINTIFF NOT SUPPOSE TO BE TALKING ABOUT UNION AFFAIRS ON COMPANY TIMEWITH IS A VIOLATION OF STATE ,FEDERAL LAW.3. THAT THE HARASSMENT WAS BASED ON PLAINTIFF RACE BLACK AFRICAN AMERICAN.4. THAT UNDER THE 'TOTALITY OF THE CIRCUMSTANCES' THE HARASSMENT WAS 'SUFFICIENTLY SEVERE,PERVASIVE TO ALTER THE TERMS CONDITIONS OF THE PLAINTIFF EMPLOYMENT AND TO CREATE AN ABUSIVE WORKING ENVIRONMENT WHICH UNREASONABLY INTERFERED WITH ZACHERY PERNELL HICKS WORK PERFORMANCE. BY CREATING AN ENVIRONMENT THAT WAS INTIMIDATING,HOSTILE,OFFENSIVE,PHYSICALLY ASSUALT,. 'HARRIS V. FORKLIFT SYS. INC,510 U.S.17,23,114 S.Ct 367,126 L.Ed.2d 295(1993) HARSCO CORP.V.RENNER,475 F.3d 1179,1187 (10th CIR.2007).5.THAT MY EMPLOYER 'TOLERATED,CONDONED UNLAWFUL HOSILE WORK ENVIRONMENT.THAT MY EMPLOYER KNEW OR SHOULD HAVE KNOWN OF THE HOSTILE WORK ENVIRONMENT CONDUCT AND FAILED TO TAKE PROMPT REMEDIAL ACTION' JACKSON V. QUANEX CORP.191 F.3d 647,659(6th CIR.1988)

## RETALIATION

1.THAT ZACHERY P. HICKS FILED AND SIGNED (EEOC) CHARGE # 511-2019-03848 OF(RACE-BLACK AFRICAN AMERICAN) DISCRIMINATION ON OCTOBER 25,2019. 2.THAT (DEFENDANT) LUCIA GARSYS DEPUTY COUNTY ADMINISTRATOR W/F,JOHN LYONS SERVICES ADMINISTRATOR W/M WAS AWARE PLAINTIFF FILED SAID CHARGE.3.THAT (DEFENDANT) CONSPIRED WITH COHORTS H.R.DIRECTOR IVEY MARTIN W/F,PUBLIC WORKS DIRECTOR JOSH BELLOTTI W/M, H.R.MANAGER MATTHEW STEWART W/M,HEATHER RUSSEL W/F TO REMOVE PLAINTIFF FROM ADMINISTRATIVE LEAVE WITH PAYAND CONVERTED PLAINTIFF TO SUSPENSION WITHOUT PAY EFFECTIVE JANUARY 14,2020 AND UNLAWFUL FORCING PLAINTIFF TO USE ALL ANNUAL LEAVE /FLOATING HOLIDAY,FRINGE BENEFITS UNTIL EXHAUSTED. 4.THERE IS A CAUSAL LINK BETWEEN PLAINTIFF PROTECTED ACTIVITY AND THE ADVERSE ACTION WHICH IS RETALIATION IN VIOLATION OF FEDERAL LAW.

## DEMAND

1. WHAT TYPE OF DAMAGES BACK- PAY LOSS WAGES/BENEFITS $450.000
2. FRONT- PAY $150.000
3. MENTAL ANGUISH /EMOTIONAL DISTRESS PAIN -N-SUFFERING $350.000
4. INJUNCTIONS TO COMPEL THE DISCRIMINATORY PRACTICES
5. COSTS/ATTORNEY FEES. $50.000
6. PUNITIVE DAMAGES $100.000.00(PER FEDERAL CIVIL RIGHT LAWS)
7. EQUITABLE REMEDIES (MAKING EMPLOYER CHANGE PRACTICES/ REINSTATEMENT/PROMOTION,ECT.

TOTAL CLAIMS: $200,0000,00 DOLLARS

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZACHERY PERNELL HICKS                                   CASE#

   (Plaintiff)et,al

       v.

BOARD OF COUNTY COMMISSION

   (Denfendant) et,al

## DEMAND FOR JURY TRIAL

COMES NOW PLAINTIFF ZACHERY PERNELL HICKS AND DEMANDS TRIAL BY JURY ON ALL ISSUES SO TRIABLE,IN THE ABOVE STYLED CAUSE OF ACTION.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING HAS BEEN FURNISHED HAND DELIVERED TO 801 NORTH FLORIDA AVE. TAMPA,FLA 3360 THE UNITED STATES DISTRICT COURT.

RESPECTFULLY SUBMITTED

_____
ZACHERY PERNELL HICKS
P.O Box 1794 RIVERVIEW,FLA 33568
(813) 802-5201

7.

I UNDERSTAND THAT ANY FALSE STATEMENT(S) OF A MATERIAL FACT CONTAINED HEREIN MAY SERVE AS THE BASIS OF PROSECUTION AND CONVICTION FOR PERJURY OR MAKING FALSE STATEMENTS. FURTHER, I CERTIFY THAT ALL QUESTIONS CONTAINED HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF

6-25-21 _[signature]_

STATE OF FLORIDA COUNTY OF HILLSBOROUGH

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS 25th DAY OF June 2021 BY Zachery Hicks WHO IS PERSONALLY KNOW TO ME OR WHO HAS PRODUCED N/A AS IDENTIFICATION AND WHO (DID) (DID NOT) TAKE AN OATH.

_[signature]_
NOTARY PUBLIC

VICTORIA HOPPS
MY COMMISSION # GG 182755
EXPIRES: February 22, 2022
Bonded Thru Notary Public Underwriters